IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JEFF MORAN** : | |
| : | |
| *Plaintiff,* : | |
| : | |
| v. : | Civil Case No. 21-1167 |
| : | |
| **DAWSON FEDERAL, INC.,** *et al.* : | |
| : | |
| *Defendants.* : | |
| : | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE:

Plaintiff Jeff Moran, by undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses this action against the Defendants **without** prejudice.

Defendants have filed neither an answer nor a motion for summary judgment in this action. Therefore, dismissal under Rule 41(a)(1) is appropriate.

Date: December 22, 2021

*/s/ Clayton D. Halunen*
Clayton D. Halunen
HALUNEN LAW
1650 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
halunen@halunenlaw.com
ADMITTED PRO HAC VICE

and

*/s/ Robert W. Lannan*
Robert W. Lannan (VSB #78111)
LANNAN LEGAL PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 233-8901
Fax: (202) 747-7760
robert.lannan@lannanlegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above *Notice of Dismissal Without Prejudice* was served upon the following via electronic mail, by agreement:

>David R. Jimenez
>JACKSON LEWIS P.C.
>90 State House Square
>8th Floor
>Harford, CT 06103
>*David.Jimenez@jacksonlewis.com*
>
>Bernard G. Dennis, III
>JACKSON LEWIS P.C.
>10701 Parkridge Blvd., Suite 300
>Reston, VA 20191
>*Bernard.Dennis@jacksonlewis.com*
>
>*Counsel for Defendants*

>*/s/ Robert W. Lannan*
>Robert W. Lannan (VSB #78111)
>LANNAN LEGAL PLLC
>1717 K Street, N.W., Suite 900
>Washington, D.C. 20006
>Telephone: (202) 233-8901
>Fax: (202) 747-7760
>*robert.lannan@lannanlegal.com*
>
>*Counsel for Plaintiff*