IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JEFF MORAN** | : |
| *Plaintiff,* | : |
| v. | : Civil Case No. 21-1167 |
| **DAWSON FEDERAL, INC.,** *et al.* | : |
| *Defendants.* | : |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE:

Plaintiff Jeff Moran, by undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses this action against the Defendants **without** prejudice.

Defendants have filed neither an answer nor a motion for summary judgment in this action. Therefore, dismissal under Rule 41(a)(1) is appropriate.

Date: December 22, 2021

*/s/ Clayton D. Halunen*
Clayton D. Halunen
HALUNEN LAW
1650 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
halunen@halunenlaw.com
ADMITTED PRO HAC VICE

and

*/s/ Robert W. Lannan*
Robert W. Lannan (VSB #78111)
LANNAN LEGAL PLLC
1717 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 233-8901
Fax: (202) 747-7760
robert.lannan@lannanlegal.com

*Counsel for Plaintiff*

So Ordered

*Anthony J. Trenga*   12/22/2021
United States District Judge